UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTWAN DAWON MATTHEWS                                                    PLAINTIFF

V.                              No. 5:18CV00223-KGB-JTR

SUSAN POTTS, Jail Administrator,
Drew County Detention Facility; and
MARK GOBER, Sheriff,
Drew County Detention Facility                                          DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

Plaintiff Antwan Dawon Matthews ("Matthews") filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was a pretrial detainee in the Drew County Detention Facility. *Docs. 2 & 15*.

On May 31, 2019, Matthews notified the Court that he had been paroled from the Arkansas Department of Correction and was residing at a private address in Monticello, Arkansas. *Doc. 16.* In light of his release from custody, the Court entered an Order, on June 17, 2019, directing Matthews to file a free-world application to proceed *in forma pauperis. Doc 17.* He was cautioned that failure to comply with the Court's order, on or before July 15, 2019, would subject his case to dismissal, without prejudice, pursuant to Local Rule 5.5(c)(2).[1] The June 17, 2019 Order was mailed to Matthews at his address of record and was not returned.

As of the date of this Recommendation, Matthews has not complied with the Court's Order. The time to do so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

---

[1]On September 6, 2018, the Court advised Matthews of his responsibilities under Local Rule 5.5(c)(2). *Doc. 3.* The Local Rule provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

2.   The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 23rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE