IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTWAN DAWON MATTHEWS                                                                PLAINTIFF

v.                              Case No. 5:18--cv-223-KGB-JTR

SUSAN POTTS, Jail Administrator,
Drew County Detention Facility; and
MARK GOBER, Sheriff,
Drew County Detention Facility                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 18). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Antwan Dawon Matthews' complaint (Dkt. No. 2). The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 23rd day of June, 2021.

Kristine G. Baker
United States District Judge