IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTWAN DAWON MATTHEWS**                                                  **PLAINTIFF**

v.                      Case No. 5:18--cv-223-KGB-JTR

**SUSAN POTTS, Jail Administrator,**
**Drew County Detention Facility; and**
**MARK GOBER, Sheriff,**
**Drew County Detention Facility**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Antwan Dawon Matthews' complaint is dismissed without prejudice (Dkt. No. 2).

It is so adjudged this 23rd day of June, 2021.

_____
Kristine G. Baker
United States District Judge